UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:16-cr-10278-NMG |
| v. | ) | |
| MOUSTAFA MOATAZ ABOSHADY | ) | ORAL ARGUMENT REQUESTED |
| Defendant. | ) | |

**DR. MOUSTAFA ABOSHADY'S PRELIMINARY MOTION TO COMPEL DISCOVERY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16 AND LOCAL RULE 116.3**

**I.   Motion to Compel**

The Defendant, Dr. Moustafa Aboshady, hereby moves this Court for an order compelling discovery of the following items:

- Evidence regarding the promises, rewards, or inducements provided to the witnesses the Government identified internally as "potential witnesses" as of the expiration of the 28-day discovery period over two months ago;

- Translated portions of certain proceedings that took place before the grand jury in another language; and

- The Government's legal instructions and argument to the grand jury.

For the reasons set forth in the accompanying memorandum of law, Dr. Aboshady respectfully requests that the Court grant the motion.

**II.   Request For Oral Argument**

Dr. Aboshady believes that oral argument may assist the Court in resolving the issues presented in this motion and hereby requests such a hearing pursuant to Local Rule 7.1(d).

/s/ Joshua N. Ruby
Peter E. Gelhaar (BBO# 188310)
George W. Vien (BBO# 547411)
Joshua N. Ruby (BBO# 679113)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110
(617) 720-2880
peg@dcglaw.com
gwv@dcglaw.com
jnr@dcglaw.com

Dated: January 11, 2017

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(a) AND 116.3(f)

I hereby certify that counsel for the defendant and counsel for the Government conferred and have attempted in good faith to resolve or narrow the issue presented in this motion as required by District of Massachusetts Local Rules 7.1(a) and 116.3(f).

/s/ *Joshua N. Ruby*
Joshua N. Ruby

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 11, 2017.

/s/ *Joshua N. Ruby*
Joshua N. Ruby