UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 1:16-cr-10278-NMG |
| v. | ) | |
| MOUSTAFA MOATAZ ABOSHADY | ) | |
| Defendant. | ) | |

### ASSENTED-TO MOTION OF DR. MOUSTAFA ABOSHADY TO FILE OJBECTIONS TO MAGISTRATE JUDGE ORDERS AND EXHIBITS UNDER SEAL

Pursuant to Local Rule 7.2, Defendant Dr. Moustafa Aboshady hereby moves for leave to file his Objections to Magistrate Judge Orders Denying Dr. Moustafa Aboshady's Preliminary Motion to Compel Discovery Pursuant to Federal Rule of Civil Procedure 16 and Local Rule 116.3 and certain exhibits thereto under seal.

In support, Dr. Aboshady states that the objections cite to confidential testimony and evidence presented by the Government to various grand juries. If this motion is allowed, Dr. Aboshady will file unredacted copies of the objections and exhibits under seal with the Court, and redacted versions publicly via the ECF system.

The Government has assented to this motion.

/s/ Joshua N. Ruby
Peter E. Gelhaar (BBO# 188310)
George W. Vien (BBO# 547411)
Joshua N. Ruby (BBO# 679113)
DONNELLY, CONROY & GELHAAR, LLP
260 Franklin Street, Suite 1600
Boston, Massachusetts 02110

*Motion allowed.* /s/ NMGorton, USDJ 3/24/17